**AEE**

**FILED**
**FEBRUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1206**

In the Matter of
BAXTER HEALTHCARE CORPORATION
V.
JOHN BOND

Case Number:

**JUDGE ST. EVE**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
BAXTER HEALTHCARE CORPORATION

| | |
|---|---|
| NAME (Type or print) MICHAEL D. WEXLER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ MICHAEL D. WEXLER | |
| FIRM SEYFARTH SHAW LLP | |
| STREET ADDRESS 131 SOUTH DEARBORN, SUITE 2400 | |
| CITY/STATE/ZIP CHICAGO, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) #6207847 | TELEPHONE NUMBER 312-460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |