IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BAXTER HEALTHCARE CORPORATION**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**JOHN BOND**, an individual,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   No. 08 C 1206<br>)<br>)   Judge Amy J. St. Eve<br>)<br>)   Magistrate Judge Martin C. Ashman<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:  John Bond
     1480 Sandbar Drive
     San Marcos, CA 92078

   PLEASE TAKE NOTICE that on Tuesday, March 4, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff Baxter Healthcare Corporation, by and through its attorneys, Seyfarth Shaw LLP, shall appear before the Honorable Magistrate Judge Martin C. Ashman, in Courtroom 1386 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any judge sitting in his place and stead, and shall present the attached **PLAINTIFF'S MOTION FOR LIMITED, EXPEDITED DISCOVERY AND TO PRESERVE EVIDENCE**, a copy of which is served upon you.

                                        Respectfully submitted,

                                        BAXTER HEALTHCARE CORPORATION


                                        By: /s/ Louis S. Chronowski
                                        _____
                                        One of Its Attorneys

Michael D. Wexler
Louis S. Chronowski
Janet V. Siegel
Dana Orr
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11416795.1

## **CERTIFICATE OF SERVICE**

I, Janet V. Siegel, an attorney, hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR LIMITED, EXPEDITED DISCOVERY AND TO PRESERVE EVIDENCE** was served upon the following via Federal Express Overnight Delivery on the 28th day of February, 2008:

>John Bond
>1480 Sandbar Drive
>San Marcos, CA 92078

/s/ Janet V. Siegel

Janet V. Siegel

CH1 11416795.1