IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BAXTER HEALTHCARE CORPORATION,** A Delaware Corporation**,** | ) ) ) ) | |
| Plaintiff, | ) ) | No.      08 C 1206 |
| vs. | ) ) ) | Judge Amy J. St. Eve |
| **JOHN BOND,** an individual | ) ) | Magistrate Judge Martin C. Ashman |
| Defendants. | ) ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on March 4, 2008, Defendant filed its **Affidavit of John Bond** with the Clerk of the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and hereby served upon you.

JOHN BOND,

By /s/ Jon E. Klinghoffer
One of Its Attorneys

Michael D. Karpeles
David E. Morrison
Jon E. Klinghoffer
Matthew K. Organ
GOLDBERG, KOHN, BELL, BLACK,
   ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on March 4, 2008, he caused a copy of the **Affidavit of John Bond**, to be served via Hand Delivery and via the ECF notification system upon the following:

>Michael D. Wexler
>Louis S. Chronowski
>Janet V. Siegel
>Dana Orr
>SEYFARTH SHAW LLP
>131 S. Dearborn Street, Suite 2400
>Chicago, IL 60603
>312.460.5000

>/s/ Jon E. Klinghoffer
>Jon E. Klinghoffer