## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Baxter Healthcare Corporation
                              Plaintiff,

v.                                            Case No.: 1:08−cv−01206
                                              Honorable Amy J. St. Eve

John Bond
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

   MINUTE entry before Judge Martin C. Ashman :Oral argument held on 3/4/2008 regarding motion for temporary restraining order [8], motion to expedite [10]. Plaintiff's emergency motion for temporary restraining order [8] is taken under advisement. Ruling to be made by mail. Plaintiff's motion to preserve evidence is granted without objection. Plaintiff's motion for limited expedited discovery [10] is granted for the reasons stated in open court. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.