UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Baxter Healthcare Corporation
                               Plaintiff,

v.                                                   Case No.: 1:08−cv−01206
                                                  Honorable Amy J. St. Eve

John Bond
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Referral dated 2/29/2008 [19] is enhanced to include Report and Recommendation on the entire MOTION by Plaintiff Baxter Healthcare Corporation for temporary restraining order and preliminary injunctive relief [8]. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.