Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| CASE NUMBER | 08 C 1206 | DATE | 3/6/2008 |
| CASE TITLE | Baxter Healthcare Corp. vs. John Bond | | |

**DOCKET ENTRY TEXT**

Report and recommendation recommending that Baxter's motion for a temporary restraining order [8] be granted in part and denied in part is hereby entered of record. The Court further recommends that this matter be set for a hearing on Baxter's motion for a preliminary injunction within a short period of time reasonable to all parties.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.



| | Courtroom Deputy Initials: | IS |
|---|---|---|