IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAXTER HEALTHCARE CORPORATION, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 1206 |
| vs. | ) | |
| | ) | Judge St. Eve |
| JOHN BOND, an individual, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: Michael D. Wexler
Louis S. Chronowski
Janet V. Siegel
Dana Orr
Seyfarth Shaw LLP
Suite 2400
131 South Dearborn Street
Chicago, Illinois  60603

      PLEASE TAKE NOTICE that on March 13, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve in Courtroom 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendant's Rule 12(b)(6) Motion to Dismiss Baxter's Conversion Claim Pled in Count III of the Complaint**, a copy of which is attached hereto.

      DATED:  March 10, 2008.

      Respectfully submitted,

      JOHN BOND


      By  /s/ Matthew K. Organ
          One of His Attorneys

-2-

Michael D. Karpeles
David E. Morrison
Jon E. Klinghoffer
Matthew K. Organ
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

Case 1:08-cv-01206 Document 25 Filed 03/10/2008 Page 2 of 3

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on March 10, 2008, he caused a copy of **Defendant's Rule 12(b)(6) Motion to Dismiss Baxter's Conversion Claim Pled in Count III of the Complaint** to be served via the Court's ECF/electronic mailing system upon the following:

>Michael D. Wexler
>Louis S. Chronowski
>Janet V. Siegel
>Dana Orr
>Seyfarth Shaw LLP
>Suite 2400
>131 South Dearborn Street
>Chicago, Illinois  60603

/s/ Matthew K. Organ
Matthew K. Organ