# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No.: 08 C 1206

Case Name: Baxter Healthcare Corporation, a Delaware Corporation vs. John Bond, an individual

MICHAEL CUNNINGHAM, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil; Plaintiff's Motion For Limited, Expedited Discovery And To Preserve Evidence; Plaintiff Baxter Healthcare Corporation's Emergency Motion For Temporary Restraining Order and Preliminary Injunctive Relief; Verified Complaint For Emergency Injunctive and Other Relief** to **John Bond** at **1480 Sandbar Drive, San Marcos, CA 92078** resulting in:

____ Personal service on the defendant/respondent/witness on the 1ST day of MARCH, 2008 at 6:38 P.M.

____ Substitute service by leaving the documents with a resident over the age of 13 on the ____ day of _____, 2008 at ____ .M.
Name: _____ Relationship: _____

____ After substitute service I mailed a copy of the listed documents to the defendant on the ____ day of _____, 2008

____ Non-Service for the following reason with the date and time of each attempt listed:

_____
_____
_____
_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex: MALE                          Hair Color/Style: SHORT - BROWN/GREY
Race: CAUC./WHITE                  Height (approx.): 6'2"
Age (approx.): 45 YRS.             Weight (approx.): 210 LBS.
Noticeable Features/Notes: N/A

State of California, County of San Diego
Subscribed and sworn to (or affirmed) before me
On this 3RD day of MARCH, 2008
By Michael Cunningham proved to me on the basis of
Satisfactory evidence to be the person who appeared
Before me.

_____
NOTARY SIGNATURE

OFFICIAL SEAL
KAREN ROCHAMBEAU
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1688397
SAN DIEGO COUNTY
MY COMM. EXP. AUG. 18, 2010

Served By: _____
MICHAEL CUNNINGHAM
Title: SAN DIEGO COUNTY REGISTERED PROCESS SERVER, REG. #1031

Service was completed by an independent contractor retained by It's Your Serve, Inc.