**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, a Delaware corporation, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>JOHN BOND, an individual, <br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> No. 08 C 1206 <br><br> Judge Amy J. St. Eve <br><br> Magistrate Judge Martin C. Ashman |

## NOTICE OF JOINT MOTION

　　PLEASE TAKE NOTICE that on Monday, March 17, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff Baxter Healthcare Corporation and Defendant John Bond, by and through their attorneys, shall appear before the Honorable Judge Amy J. St. Eve, in Courtroom 1241 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any judge sitting in her place and stead, and shall present the attached **JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**.

| | |
|---|---|
| **DATED: March 12, 2008** | Respectfully submitted, <br><br> BAXTER HEALTHCARE CORPORATION <br><br> By:　/s/ Louis S. Chronowski <br> ──────────────────────── <br>　　　　　One of Its Attorneys <br><br> Michael D. Wexler <br> Louis S. Chronowski <br> Janet V. Siegel <br> Dana Orr <br><br> Seyfarth Shaw LLP <br> 131 South Dearborn Street <br> Suite 2400 <br> Chicago, Illinois 60603 <br> Telephone:　(312) 460-5000 <br> Telecopier:　(312) 460-7000 <br><br> ATTORNEYS FOR PLAINTIFF |

CH1 11434108.1

Respectfully submitted,

JOHN BOND

By:　/s/ Jon E. Klinghoffer
_____
　　　　　One of His Attorneys

Michael D. Karpeles
David E. Morrison
Jon E. Klinghoffer
Matthew K. Organ

Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
55 E. Monroe Street
Suite 3300
Chicago, IL 60603
Telephone:　(312) 201-4000
Telecopier:　(312) 332-2196

ATTORNEYS FOR DEFENDANT