UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Baxter Healthcare Corporation
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01206
                                                Honorable Amy J. St. Eve

John Bond
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

    MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendant John Bond to dismiss Count III of the Complaint [24] is entered. Response due 4/3/2008. Reply due 4/10/2008. MOTION by Plaintiff Baxter Healthcare Corporation, Defendant John Bond for protective order Joint Motion [27] is granted in part, as stated in open court. Protective Order to be submitted to the court's proposed order mail box with corrections as stated in open court. Status hearing held on 3/13/2008. Defendants to answer or otherwise plead by 3/21/2008. Rule 26(a)(1) disclosures due by 4/11/2008. Supplemental written discovery to be issued by 4/18/2008. Parties to contact the courtroom deputy regarding referral to the Magistrate Judge by 4/3/2008. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Status hearing set for 5/1/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.