IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAXTER HEALTHCARE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1206 |
| vs. | ) | |
| | ) | Judge St. Eve |
| JOHN BOND, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS BAXTER'S CONVERSION CLAIM PLED IN COUNT III OF THE FIRST AMENDED COMPLAINT**

Defendant John Bond ("Bond"), by and through his undersigned attorneys, brings the following Rule 12(b)(6) Motion to Dismiss the Conversion Claim Pled in Count III of the First Amended Verified Complaint for Emergency Injunctive and Other Relief ("Amended Complaint") brought by Plaintiff Baxter Healthcare Corporation ("Baxter"), and in support thereof states as follows:

1. On March 10, 2008, Bond moved to dismiss the conversion claim pled in Count III of the Verified Complaint ("Complaint") brought by Baxter, because Baxter failed to plead a necessary element of conversion: a demand for possession of property prior to filing this lawsuit. ("First Motion to Dismiss," Dkt. No. 24.)

2. On March 13, 2008, this Court set a briefing scheduling requiring Baxter to respond to Bond's motion to dismiss by April 3, 2008. ("Briefing Schedule," Dkt. No. 29.)

3. On March 21, 2008, Baxter filed its Amended Complaint, adding an additional, separate claim for conversion in Count IV. (Dkt. No. 31.)

4. The Amended Complaint did not make any substantive change to Count III, the subject of Bond's First Motion to Dismiss.

5. Accordingly, Count III of the Amended Complaint should be dismissed for the reasons set forth in the First Motion to Dismiss and in the accompanying Defendant's Memorandum of Law in Support of its Rule 12(b)(6) Motion to Dismiss Baxter's Conversion Claim Pled in Count III of the Amended Complaint.

6. Because Baxter's Amended Complaint did not change the substance of Count III of its Complaint, and because Bond herein moves to dismiss Count III for the same reasons set forth in its First Motion to Dismiss, Bond respectfully requests that this Court maintain the Briefing Schedule and require Baxter to respond to the instant motion by April 3, 2008.

WHEREFORE, for these reasons, and as further explained in the accompanying Defendant's Memorandum of Law in Support of its Rule 12(b)(6) Motion to Dismiss Baxter's Conversion Claim Pled in Count III of the First Amended Complaint, Defendant John Bond respectfully requests that this Court enter an Order:  (i) requiring Plaintiff Baxter Healthcare Corporation to respond, by April 3, 2008, to the instant Defendant's Rule 12(b)(6) Motion to Dismiss Baxter's Conversion Claim Pled in Count III of the First Amended Complaint; and (ii) dismissing with prejudice Count III of Plaintiff Baxter Healthcare Corporation's First Amended Verified Complaint for Emergency Injunctive and Other Relief.

DATED:  March 26, 2008

                                        Respectfully submitted,

                                        JOHN BOND


                                        By  /s/ Matthew K. Organ
                                              One of His Attorneys

Michael D. Karpeles
David E. Morrison
Jon E. Klinghoffer
Matthew K. Organ
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000