IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAXTER HEALTHCARE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 1206 |
| | ) | |
| JOHN BOND, | ) | Judge St. Eve |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Michael D. Wexler
Louis S. Chronowski
Janet V. Siegel
Dana Orr
Seyfarth Shaw LLP
Suite 2400
131 South Dearborn Street
Chicago, Illinois  60603

     PLEASE TAKE NOTICE that on Monday, March 31, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve in Courtroom 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendant's Rule 12(b)(6) Motion to Dismiss Baxter's Conversion Claim Pled in Count III of the First Amended Complaint**, a copy of which is attached hereto.

     DATED:  March 26, 2008.


                                                     Respectfully submitted,

                                                     JOHN BOND


                                                     By  /s/ Matthew K. Organ
                                                        One of His Attorneys

-2-

Michael D. Karpeles
David E. Morrison
Jon E. Klinghoffer
Matthew K. Organ
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on March 26, 2008, he caused a copy of **Defendant's Rule 12(b)(6) Motion to Dismiss Baxter's Conversion Claim Pled in Count III of the First Amended Complaint** to be served via the Court's ECF/electronic mailing system upon the following:

>Michael D. Wexler
>Louis S. Chronowski
>Janet V. Siegel
>Dana Orr
>Seyfarth Shaw LLP
>Suite 2400
>131 South Dearborn Street
>Chicago, Illinois  60603


/s/ Matthew K. Organ
Matthew K. Organ