**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Baxter Healthcare Corporation
                        Plaintiff,

v.                                                      Case No.: 1:08−cv−01206
                                                        Honorable Amy J. St. Eve

John Bond
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Defendant John Bond to dismiss Baxter's Conversion Claim Pled in Count III of the First Amended Complaint [33] is entered. Appearance on this motion on 4/2/2008 is stricken. Motion to dismiss [24] is denied as moot in light of the filing of the motion to dismiss [33] as to the First Amended Complaint. Set deadlines/hearing as to motion to dismiss[33] :( Responses due by 4/9/2008, Replies due by 4/16/2008.) Status hearing set for 5/1/2008 to stand.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.