IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAXTER HEALTHCARE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 1206 |
| | ) | |
| JOHN BOND, | ) | Judge St. Eve |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Michael D. Wexler
Louis S. Chronowski
Janet V. Siegel
Dana Orr
Seyfarth Shaw LLP
Suite 2400
131 South Dearborn Street
Chicago, Illinois  60603

      PLEASE TAKE NOTICE that on Tuesday, April 15, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Martin C. Ashman in Courtroom 1386 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendant's Motion to Compel Discovery**, a copy of which is attached hereto.

      DATED:  April 10, 2008.

      Respectfully submitted,

      JOHN BOND


      By  /s/ Matthew K. Organ
          One of His Attorneys

-2-

Michael D. Karpeles
David E. Morrison
Jon E. Klinghoffer
Matthew K. Organ
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

Case 1:08-cv-01206    Document 43    Filed 04/10/2008    Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 10, 2008, he caused a copy of **Defendant's Motion to Compel Discovery** to be served via the Court's ECF/electronic mailing system upon the following:

> Michael D. Wexler
> Louis S. Chronowski
> Janet V. Siegel
> Dana Orr
> Seyfarth Shaw LLP
> Suite 2400
> 131 South Dearborn Street
> Chicago, Illinois  60603

> /s/ Matthew K. Organ
> Matthew K. Organ