# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Baxter Healthcare Corporation

        Plaintiff,

v.                  Case No.: 1:08−cv−01206
                  Honorable Amy J. St. Eve

John Bond

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

  MINUTE entry before Judge Honorable Amy J. St. Eve:By agreement, all pending motions [33][42] are denied without prejudice. All pending deadlines are stayed for three weeks. Status hearing set for 5/1/2008 to stand.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.