IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAXTER HEALTHCARE CORPORATION, | ) ) ) |
| Plaintiff, | ) Case No. 08 C 1206 |
| | ) Judge Amy J. St. Eve |
| vs. | ) Magistrate Judge Martin C. Ashman ) |
| JOHN BOND, an individual | ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) and the "Confidential Settlement Agreement" (the "Agreement") between the parties, the Plaintiff Baxter Healthcare Corporation and Defendant John Bond (the "Parties") stipulate and agree to dismiss this civil action without prejudice and with each party to bear its own fees and costs except as stated in the Agreement.

The Parties also stipulate and agree that the Court shall retain jurisdiction of the Parties and this civil action to enforce the terms of the Agreement.

The Parties also stipulate and agree that either party may file a motion to show cause to reopen this civil action prior to or on November 24, 2008 if there is a breach of the Agreement, as specifically provided for in the Agreement. In the event no such motion is filed prior to or on November 24, 2008, then this civil action shall, for all purposes, be considered dismissed with prejudice as of November 24, 2008.

-2-

SO STIPULATED AND AGREED BY:

*PLAINTIFF BAXTER HEALTHCARE CORP.:*

By: _____,
      One of its Attorneys

*DEFENDANT JOHN BOND:*

By: _____
      One of its Attorneys

      **ENTERED** this _____ day of July, 2008.

      **JUDGE AMY J. ST. EVE**
      **UNITED STATES DISTRICT COURT**