## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Baxter Healthcare Corporation

                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−01206
                                                        Honorable Amy J. St. Eve

John Bond

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

        MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to the parties'
stipulation, this case is hereby dismissed without prejudice with leave to move to reinstate
by 11/24/08, after which time said dismissal will be with prejudice. The Court shall retain
jurisdiction of the parties and this civil action to enforce the terms of the Settlement
Agreement. All pending dates and deadlines are stricken. Civil case terminated. Mailed
notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.